UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARA JEAN MCMANUS,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-1248 RSM

**ORDER TO SHOW CAUSE REGARDING FILING DEFICIENCIES**

    Plaintiff submitted an *in forma pauperis* (IFP) application on August 15, 2023.  Dkt. 1.  The Clerk's Office sent Plaintiff a letter on August 18, 2023 stating that her complaint was not properly signed, her was application was incomplete, and that she must submit a completed Civil Cover Sheet.  Dkt. 3.  Plaintiff was advised to file a signed complaint by September 1, 2023, correct her application by September 18, 2023, and return a completed Civil Cover Sheet as soon as possible.  *Id*.  To date, Plaintiff has not complied with the Clerk's instructions.

    Accordingly, the Court hereby ORDERS Plaintiff to cure the deficiencies discussed above by no later than September 28, 2023.  Failure to do so by this date may result in the dismissal of this case.

    DATED this 21st day of September, 2023.

Ricardo S. Martinez
United States District Judge

ORDER TO SHOW CAUSE REGARDING
FILING DEFICIENCIES - 1