UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARA JEAN MCMANUS,

              Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.

Case No. C23-1248 RSM

**ORDER EXTENDING DEADLINE FOR ORDER TO SHOW CAUSE**

     Plaintiff submitted an *in forma pauperis* (IFP) application on August 15, 2023.  Dkt. 1.  The Clerk's Office sent Plaintiff a letter on August 18, 2023 stating that her complaint was not properly signed, her was application was incomplete, and that she must submit a completed Civil Cover Sheet.  Dkt. 3.  Plaintiff was advised to file a signed complaint by September 1, 2023, correct her application by September 18, 2023, and return a completed Civil Cover Sheet as soon as possible.  *Id*.  The letter was sent to Port Orchard, Washington, where Plaintiff resides.  Dkts. 1-1 at 7; 3.

     On September 21, 2023, the Court ordered Plaintiff to cure the deficiencies noted by the Clerk's Office by no later than September 28, 2023.  Dkt. 5.  Plaintiff did not comply with the Court's order.  On October 11, 2023, Plaintiff's sister notified the Court that she had asked all communications for this case to be sent to a Renton, Washington address and that the "[t]imeliness might be [a]ffected" if communications are sent to the Port Orchard address.  Dkt. 6 at 1.

ORDER EXTENDING DEADLINE FOR
ORDER TO SHOW CAUSE - 1

The Court notes Plaintiff's proposed complaint contained both Port Orchard and Renton addresses, but the address on file at the Clerk's Office is Plaintiff's Port Orchard address. *See* Dkt. 1-1 at 5–8. Plaintiff is therefore directed to update her address with the Clerk's Office. *See* Local Civil Rule 41(b)(2). Further, in light of Plaintiff's *pro se* status and the conflicting information in Plaintiff's proposed complaint, the Court extends the deadline for when Plaintiff must cure the deficiencies in her IFP application. The Court hereby ORDERS Plaintiff to cure the deficiencies discussed in the Clerk Office's letter by no later than November 1, 2023. Failure to do so by this date may result in the dismissal of this case.

DATED this 18th day of October, 2023.

Ricardo S. Martinez
United States District Judge

ORDER EXTENDING DEADLINE FOR
ORDER TO SHOW CAUSE - 2