UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARA JEAN MCMANUS,

           Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C23-1248 RSM

**ORDER DIRECTING PLAINTIFF TO FILE A PROPERLY SIGNED COMPLAINT**

On October 18, 2023, the Court directed Plaintiff to cure the deficiencies in her *in forma pauperis* (IFP) application by November 1, 2023. Dkt. 7. The deficiencies in her application were: (1) an unsigned IFP application, (2) an omitted Civil Cover Sheet, and (3) an improperly signed complaint. Dkts. 3, 7. On October 25, 2023, Plaintiff submitted a signed IFP application and a Civil Cover Sheet, but did not file a properly signed complaint in accordance with Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2. *See* Dkts. 9, 10. The Court hereby ORDERS Plaintiff to refile a complaint that is properly signed by Plaintiff no later than November 6, 2023. Failure to do so may result in the dismissal of this case.

DATED this 30th day of October, 2023.

Ricardo S. Martinez
United States District Judge

ORDER DIRECTING PLAINTIFF TO FILE A
PROPERLY SIGNED COMPLAINT - 1