UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARA JEAN MCMANUS,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-1248 RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** Plaintiff's *in forma pauperis* application, Dkt. 10., and **ORDERS:**

    1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

    2. Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

///

///

///

///

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

Plaintiff has also filed a petition, appearing to seek review from the Ninth Circuit Court of Appeals. *See* Dkt. 13. As this Court has not yet issued a decision in this case, the Court finds Plaintiff's petition for review was inadvertently filed and the Court strikes the petition for review.

DATED this 16th day of November, 2023.

Ricardo S. Martinez
United States District Judge