UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA JEAN MCMANUS,<br><br>             Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. C23-1248 RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW** |

      The Court GRANTS Defendant's Motion to Withdraw, therefore Defendant's Motion to Dismiss (Dkt. 20) is withdrawn.  Once the Certified Administrative Record has been filed, this case will proceed according to timelines noted in the Federal Rules of Civil Procedure, Supplemental Rules for Social Security Actions.

      DATED this 12th day of February, 2024.

*[signature]*

Ricardo S. Martinez
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW - 1